# United States District Court
## Northern District of Illinois
### Eastern Division

NIETO                                             **JUDGMENT IN A CIVIL CASE**

              v.                                         Case Number: 08 C 7399

PERDUE FARMS INC

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the second amended complaint is dismissed, in its entirety, with prejudice.

                                                  Michael W. Dobbins, Clerk of Court

Date: 3/17/2010                                       _____
                                                          /s/ J. Smith, Deputy Clerk